# EXHIBIT B

# CUSTOMER CLAIMS


CUSTOMER CLAIM



Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: 004105

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

## In Liquidation

### DECEMBER 11, 2008

RECEIVED FEB 27 2009 By_____

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: +353 1 436 7200

HOME: _____

Taxpayer I.D. Number (Social Security No.)

_____

1FR085
~~1FR085~~
MOUNT CAPITAL ~~MGMT LTD~~
~~105 JERMYN STREET~~
~~LONDON SW1Y 6EE~~
~~UK~~

1FR085
MOUNT CAPITAL FUND LIMITED
C/O CITI HEDGE FUND SERVICES (IRELAND), LIMITED
ONE GEORGE'S QUAY PLAZA
GEORGE'S QUAY
DUBLIN 2
IRELAND

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of  $ 54.00
   b. I owe the Broker a Debit (Dr.) Balance of  $ —

c.  If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**  $_____

d.  If balance is zero, insert "None."  _____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ✓ |  |
| b. I owe the Broker securities |  | ✓ |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | SEE ATTACHED SCHEDULE 1 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ SEE ATTACHED SCHEDULE 3 | |

502180406  3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: __JONES DAY,__
__21 TUDOR STREET, LONDON EC4Y 0DJ, UNITED KINGDOM__.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____  Signature __Nick_____

Date _____  Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                            4

→ SCA

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number       015300

## CUSTOMER CLAIM

Date Received **RECEIVED**
**JUL 0 2 2009**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: [+353 1 436 7200]

HOME: _____

Taxpayer I.D. Number (Social Security No.)
_____

1FR085
~~MOUNT CAPITAL LIMITED~~
~~C/O HEMISPHERE MGMNT (IRELAND) LIMITED 4TH FLOOR BLOCK A~~
~~GEORGES QUAY~~
~~DUBLIN 2 IRELAND~~

1 FR085
MOUNT CAPITAL FUND LIMITED
C/O CITI HEDGE FUND SERVICES (IRELAND) LIMITED
ONE GEORGE'S QUAY PLAZA
GEORGE'S QUAY
DUBLIN 2
(If incorrect, please change) IRELAND

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of       $ 54.00
   b. I owe the Broker a Debit (Dr.) Balance of          $  —

1

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.   $_____

    d.    If balance is zero, insert "None."   _____

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | SEE ATTACHED SCHEDULE 1 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks, which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash, claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 8.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ SEE ATTACHED SCHEDULE 3 |  |

3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: TOWER PAY , 21 TUDOR STREET, LONDON EC4Y 0DT, UNITED KINGDOM

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _____  Signature_____ X

Date _____  Signature_____ X

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

SCHEDULE 1     LIST OF SECURITIES CLAIMED FROM BERNARD L. MADOFF INVESTMENT SECURITIES LLC     Page 1

| Name of Security | CUSIP | Transaction Trade Date | Number of shares/securities Long | Short | Valuation as at Dec 11 2008 ($) Source: Bloomberg | Note |
|---|---|---|---|---|---|---|
| AT&T INC | 00206R102 | Nov 03 2008 | 204,160 | | | |
| AT&T INC | 00206R102 | Nov 04 2008 | 155,804 | | | |
| AT&T INC | 00206R102 | Nov 05 2008 | 177,590 | | | |
| AT&T INC | 00206R102 | Nov 20 2008 | 67,000 | | | |
| Total | | | | 584,754 | 16,337,467.98 | |
| ABBOTT LABORATORIES | 002824100 | Nov 03 2008 | 64,160 | | | |
| ABBOTT LABORATORIES | 002824100 | Nov 04 2008 | 37,468 | | | |
| ABBOTT LABORATORIES | 002824100 | Nov 05 2008 | 45,430 | | | |
| ABBOTT LABORATORIES | 002824100 | Nov 20 2008 | 18,080 | | | |
| Total | | | | 155,048 | 7,842,717.44 | |
| ALTRIA GROUP INC | 02209S103 | Nov 03 2008 | 71,086 | | | |
| ALTRIA GROUP INC | 02209S103 | Nov 04 2008 | 46,208 | | | |
| ALTRIA GROUP INC | 02209S103 | Nov 05 2008 | 60,270 | | | |
| ALTRIA GROUP INC | 02209S103 | Nov 20 2008 | 23,730 | | | |
| Total | | | | 204,288 | 3,033,405.78 | |
| AMGEN INC | 031162100 | Nov 03 2008 | 37,234 | | | |
| AMGEN INC | 031162100 | Nov 04 2008 | 24,272 | | | |
| AMGEN INC | 031162100 | Nov 05 2008 | 37,678 | | | |
| AMGEN INC | 031162100 | Nov 20 2008 | 12,430 | | | |
| Total | | | | 107,008 | 6,128,306.00 | |
| APPLE INC | 037833100 | Nov 03 2008 | 39,495 | | | |
| APPLE INC | 037833100 | Nov 04 2008 | 21,057 | | | |
| APPLE INC | 037833100 | Nov 05 2008 | 25,630 | | | |
| APPLE INC | 037833100 | Nov 20 2008 | 10,170 | | | |
| Total | | | | 67,552 | 6,317,440.00 | |
| BANK OF AMERICA | 060505104 | Nov 03 2008 | 176,020 | | | |
| BANK OF AMERICA | 060505104 | Nov 04 2008 | 119,463 | | | |
| BANK OF AMERICA | 060505104 | Nov 05 2008 | 149,240 | | | |
| BANK OF AMERICA | 060505104 | Nov 20 2008 | 57,638 | | | |
| Total | | | | 502,383 | 7,490,390.53 | |
| BANK OF NEW YORK MELLON CORP | 064058100 | Nov 03 2008 | 40,020 | | | |
| BANK OF NEW YORK MELLON CORP | 064058100 | Nov 04 2008 | 25,773 | | | |
| BANK OF NEW YORK MELLON CORP | 064058100 | Nov 05 2008 | 34,440 | | | |
| BANK OF NEW YORK MELLON CORP | 064058100 | Nov 20 2008 | 13,560 | | | |
| Total | | | | 114,383 | 3,057,467.07 | |

SCHEDULE 1

LIST OF SECURITIES CLAIMED FROM BERNARD L. MADOFF INVESTMENT SECURITIES LLC

| Name of Security | CUSIP | Transaction Trade-Date | Number of shares/securities Long | Short | Valuation as at Dec 11 2008 (£) Source: Bloomberg | Note |
|---|---|---|---|---|---|---|
| BAXTER INTERNATIONAL INC | 071813109 | Nov 03 2008 | 20,310 | | | |
| BAXTER INTERNATIONAL INC | 071813109 | Nov 04 2008 | 14,969 | | | |
| BAXTER INTERNATIONAL INC | 071813109 | Nov 05 2008 | 20,090 | | | |
| BAXTER INTERNATIONAL INC | 071813109 | Nov 20 2008 | 6,780 | | | |
| | Total | | | 61,285 | 3,140,656.46 | |
| BOEING CO | 097023105 | Nov 03 2008 | 27,080 | | | |
| BOEING CO | 097023105 | Nov 04 2008 | 15,744 | | | |
| BOEING CO | 097023105 | Nov 05 2008 | 22,980 | | | |
| | Total | | | 65,704 | 2,766,831.59 | |
| BRISTOL MYERS SQUIBB COMPANY | 110122109 | Nov 03 2008 | 67,700 | | | |
| BRISTOL MYERS SQUIBB COMPANY | 110122109 | Nov 04 2008 | 46,890 | | | |
| BRISTOL MYERS SQUIBB COMPANY | 110122108 | Nov 05 2008 | 60,370 | | | |
| BRISTOL MYERS SQUIBB COMPANY | 110122108 | Nov 20 2008 | 22,939 | | | |
| | Total | | | 197,430 | 4,234,873.50 | |
| CVS CAREMARK CORP | 126650100 | Nov 05 2008 | 50,775 | | | |
| CVS CAREMARK CORP | 126650100 | Nov 04 2008 | 33,622 | | | |
| CVS CAREMARK CORP | 126650100 | Nov 05 2008 | 43,060 | | | |
| CVS CAREMARK CORP | 126650100 | Nov 20 2008 | 16,059 | | | |
| | Total | | | 143,577 | 4,125,017.50 | |
| CHEVRON CORP | 166764100 | Nov 03 2008 | 71,495 | | | |
| CHEVRON CORP | 166764100 | Nov 04 2008 | 45,333 | | | |
| CHEVRON CORP | 166764100 | Nov 05 2008 | 63,140 | | | |
| CHEVRON CORP | 166764100 | Nov 20 2008 | 23,730 | | | |
| | Total | | | 207,158 | 16,460,774.68 | |
| CISCO SYSTEMS INC | 17275R102 | Nov 03 2008 | 204,485 | | | |
| CISCO SYSTEMS INC | 17275R102 | Nov 04 2008 | 166,237 | | | |
| CISCO SYSTEMS INC | 17275R102 | Nov 05 2008 | 179,070 | | | |
| CISCO SYSTEMS INC | 17275R102 | Nov 20 2008 | 67,800 | | | |
| | Total | | | 597,592 | 8,938,164.72 | |
| CITI GROUP INC | 172967101 | Nov 03 2008 | 198,500 | | | |
| CITI GROUP INC | 172967101 | Nov 04 2008 | 126,522 | | | |
| CITI GROUP INC | 172967101 | Nov 05 2008 | 133,950 | | | |
| CITI GROUP INC | 172967101 | Nov 20 2008 | 85,240 | | | |
| | Total | | | 545,212 | 4,127,254.64 | |

| Name of Security | CUSIP | Transaction Trade Date | Number of shares/securities Long | Short | Valuation as at Dec 11, 2008 (if) source: Bloomberg | Also |
|---|---|---|---|---|---|---|
| JOHNSON & JOHNSON | 478160104 | Nov 03 2008 | 96,185 | | | |
| JOHNSON & JOHNSON | 478160104 | Nov 04 2008 | 65,605 | | | |
| JOHNSON & JOHNSON | 478160104 | Nov 05 2008 | 83,330 | | | |
| JOHNSON & JOHNSON | 478160104 | Nov 20 2008 | 32,770 | | | |
| | Total | | | 278,760 | 15,236,944.52 | |
| KRAFT FOOD INC | 50075N104 | Nov 03 2008 | 64,160 | | | |
| KRAFT FOOD INC | 50075N104 | Nov 04 2008 | 35,145 | | | |
| KRAFT FOOD INC | 50075N104 | Nov 05 2008 | 45,920 | | | |
| KRAFT FOOD INC | 50075N104 | Nov 20 2008 | 16,950 | | | |
| | Total | | | 162,175 | 4,079,911.75 | |
| MCDONALDS CORP | 58135101 | Nov 03 2008 | 40,620 | | | |
| MCDONALDS CORP | 58135101 | Nov 04 2008 | 28,773 | | | |
| MCDONALDS CORP | 58135101 | Nov 05 2008 | 34,440 | | | |
| MCDONALDS CORP | 58135101 | Nov 20 2008 | 12,430 | | | |
| | Total | | | 116,263 | 6,984,918.81 | |
| MEDTRONIC INC | 585055106 | Nov 03 2008 | 40,620 | | | |
| MEDTRONIC INC | 585055106 | Nov 04 2008 | 25,775 | | | |
| MEDTRONIC INC | 585055106 | Nov 05 2008 | 34,440 | | | |
| MEDTRONIC INC | 585055106 | Nov 20 2008 | 13,580 | | | |
| | Total | | | 114,365 | 3,902,713.65 | |
| MERCK & CO | 589331107 | Nov 03 2008 | 74,470 | | | |
| MERCK & CO | 589331107 | Nov 04 2008 | 51,846 | | | |
| MERCK & CO | 589331107 | Nov 05 2008 | 63,140 | | | |
| MERCK & CO | 589331107 | Nov 20 2008 | 24,860 | | | |
| | Total | | | 214,316 | 5,859,653.04 | |
| MICROSOFT CORP | 594918104 | Nov 03 2008 | 274,185 | | | |
| MICROSOFT CORP | 594918104 | Nov 04 2008 | 187,440 | | | |
| MICROSOFT CORP | 594918104 | Nov 05 2008 | 222,470 | | | |
| MICROSOFT CORP | 594918104 | Nov 20 2008 | 80,400 | | | |
| | Total | | | 764,495 | 15,258,427.75 | |
| OCCIDENTAL PETROLEUM CORP | 674599105 | Nov 03 2008 | 30,465 | | | |
| OCCIDENTAL PETROLEUM CORP | 674599105 | Nov 04 2008 | 18,744 | | | |
| OCCIDENTAL PETROLEUM CORP | 674599105 | Nov 05 2008 | 21,650 | | | |
| OCCIDENTAL PETROLEUM CORP | 674599105 | Nov 20 2008 | 10,170 | | | |
| | Total | | | 85,029 | 4,627,636.47 | |

| Name of Security | CUSIP | Transaction/Trade Date | Number of shares/securities Long | Short | Valuation as at Dec 14 2008(9) Source: Bloomberg | Note |
|---|---|---|---|---|---|---|
| ORACLE CORPORATION | 68389X105 | Nov 03 2008 | 138,765 | | | |
| ORACLE CORPORATION | 68389X105 | Nov 04 2008 | 91,720 | | | |
| ORACLE CORPORATION | 68389X105 | Nov 05 2008 | 117,670 | | | |
| ORACLE CORPORATION | 68389X105 | Nov 20 2008 | 45,200 | | | |
| Total | | | | 395,375 | 6,607,872.50 | |
| PEPSICO INC | 713448108 | Apr 03 2008 | 54,450 | | | |
| PEPSICO INC | 713448108 | Nov 04 2008 | 37,488 | | | |
| PEPSICO INC | 713448108 | Nov 05 2008 | 45,450 | | | |
| PEPSICO INC | 713448108 | Nov 20 2008 | 18,060 | | | |
| Total | | | | 155,448 | 8,224,206.08 | |
| PFIZER INC | 717081103 | Nov 03 2008 | 233,655 | | | |
| PFIZER INC | 717081103 | Nov 04 2008 | 159,624 | | | |
| PFIZER INC | 717081103 | May 05 2008 | 203,770 | | | |
| PFIZER INC | 717081103 | Nov 20 2008 | 77,970 | | | |
| Total | | | | 674,820 | 11,171,856.24 | |
| PHILIP MORRIS INTERNATIONAL | 718172109 | Nov 03 2008 | 74,470 | | | |
| PHILIP MORRIS INTERNATIONAL | 718172109 | Nov 04 2008 | 49,203 | | | |
| PHILIP MORRIS INTERNATIONAL | 718172109 | Nov 05 2008 | 60,270 | | | |
| PHILIP MORRIS INTERNATIONAL | 718172109 | Nov 20 2008 | 23,780 | | | |
| Total | | | | 207,873 | 6,711,882.33 | |
| PROCTER & GAMBLE CO | 742718109 | Nov 03 2008 | 104,495 | | | |
| PROCTER & GAMBLE CO | 742718109 | Nov 04 2008 | 72,036 | | | |
| PROCTER & GAMBLE CO | 742718109 | Nov 05 2008 | 89,970 | | | |
| PROCTER & GAMBLE CO | 742718109 | Nov 20 2008 | 33,900 | | | |
| Total | | | | 300,433 | 17,599,968.04 | |
| QUALCOMM INC | 747525103 | Nov 03 2008 | 57,345 | | | |
| QUALCOMM INC | 747525103 | Nov 04 2008 | 39,921 | | | |
| QUALCOMM INC | 747525103 | Nov 05 2008 | 48,700 | | | |
| QUALCOMM INC | 747525103 | Nov 20 2008 | 18,310 | | | |
| Total | | | | 164,376 | 5,282,508.84 | |
| SCHLUMBERGER LTD | 806857108 | Nov 03 2008 | 40,920 | | | |
| SCHLUMBERGER LTD | 806857108 | Nov 04 2008 | 28,415 | | | |
| SCHLUMBERGER LTD | 806857108 | Apr 05 2008 | 37,310 | | | |
| SCHLUMBERGER LTD | 806857108 | Nov 20 2008 | 13,560 | | | |
| Total | | | | 119,605 | 6,095,514.10 | |

| Name of Security | CUSIP | Transaction Trade Date | Number of shares/securities Long | Short | Valuation as at Dec 11, 2008 ($) Source: Bloomberg | Note |
|---|---|---|---|---|---|---|
| 3M COMPANY | 88579Y101 | Nov 03 2008 | 23,065 | | | |
| 3M COMPANY | 88579Y101 | Nov 04 2008 | 15,401 | | | |
| 3M COMPANY | 88579Y101 | Nov 05 2008 | 20,089 | | | |
| 3M COMPANY | 88579Y101 | Nov 20 2008 | 7,910 | | | |
| 3M COMPANY | Total | | | 66,465 | 3,754,813.44 | |
| TIME WARNER INC | 887317105 | Nov 03 2008 | 126,245 | | | |
| TIME WARNER INC | 887317105 | Nov 04 2008 | 84,348 | | | |
| TIME WARNER INC | 887317105 | Nov 05 2008 | 105,220 | | | |
| TIME WARNER INC | 887317105 | Nov 20 2008 | 41,910 | | | |
| TIME WARNER INC | Total | | | 354,723 | 3,506,513.19 | |
| U S BANCORP | 902973304 | Nov 03 2008 | 60,690 | | | |
| U S BANCORP | 902973304 | Nov 04 2008 | 42,174 | | | |
| U S BANCORP | 902973304 | Nov 05 2008 | 51,898 | | | |
| U S BANCORP | 902973304 | Nov 20 2008 | 20,340 | | | |
| U S BANCORP | Total | | | 175,104 | 4,351,334.40 | |
| UNITED PARCEL SERVICE INC CL B | 911312106 | Nov 03 2008 | 33,850 | | | |
| UNITED PARCEL SERVICE INC CL B | 911312106 | Nov 04 2008 | 23,430 | | | |
| UNITED PARCEL SERVICE INC CL B | 911312106 | Nov 05 2008 | 24,700 | | | |
| UNITED PARCEL SERVICE INC GL B | 911312106 | Nov 28 2008 | 11,300 | | | |
| UNITED PARCEL SERVICE INC GL B | Total | | | 97,280 | 5,042,022.40 | |
| UNITED TECHNOLOGIES CORP | 913017109 | Nov 03 2008 | 33,850 | | | |
| UNITED TECHNOLOGIES CORP | 913017109 | Nov 04 2008 | 23,450 | | | |
| UNITED TECHNOLOGIES CORP | 913017109 | Nov 05 2008 | 28,700 | | | |
| UNITED TECHNOLOGIES CORP | 913017109 | Nov 20 2008 | 11,300 | | | |
| UNITED TECHNOLOGIES CORP | Total | | | 97,280 | 4,578,642.40 | |
| VERIZON COMMUNICATIONS | 92343V104 | Nov 03 2008 | 88,165 | | | |
| VERIZON COMMUNICATIONS | 92343V104 | Nov 04 2008 | 45,604 | | | |
| VERIZON COMMUNICATIONS | 92343V104 | Nov 05 2008 | 88,100 | | | |
| VERIZON COMMUNICATIONS | 92343V104 | Nov 28 2008 | 32,720 | | | |
| VERIZON COMMUNICATIONS | Total | | | 252,639 | 9,177,388.59 | |
| WAL-MART STORES INC | 931142103 | Nov 03 2008 | 77,055 | | | |
| WAL-MART STORES INC | 931142103 | Nov 04 2008 | 53,669 | | | |
| WAL-MART STORES INC | 931142103 | Nov 05 2008 | 66,040 | | | |
| WAL-MART STORES INC | 931142103 | Nov 28 2008 | 25,980 | | | |
| WAL-MART STORES INC | Total | | | 223,744 | 12,259,932.79 | |

SCHEDULE 1　　　　LIST OF SECURITIES CLAIMED FROM BERNARD L. MADOFF INVESTMENT SECURITIES LLC

| Name of Security | CUSIP | Transaction Trade Date | Number of shares/securities Long | Short | Valuation as at Dec 11 2008 ($) Source: Bloomberg | Note |
|---|---|---|---|---|---|---|
| WELLS FARGO & CO | 949746101 | Nov 03 2008 | 116,080 | | | |
| WELLS FARGO & CO | 949746101 | Nov 04 2008 | 78,562 | | | |
| WELLS FARGO & CO | 949746101 | Nov 05 2008 | 97,580 | | | |
| WELLS FARGO & CO | 949746101 | Nov 20 2008 | 44,070 | | | |
| Total | | | 336,492 | | 8,712,611.80 | |
| WYETH | 983024109 | Nov 20 2008 | 15,820 | 15,820 | 562,401.00 | |
| Total | | | | | | |
| S&P 100 Index December 430 Call | 78379XLFF | Nov 14 2008 | | 8,598 8,598 | (7,998,140.00) | |
| S&P 100 Index December 380 Call | 78379XLPW | Nov 20 2008 | | 1,130 1,130 | (5,763,900.00) | |
| Total | | | | | | |
| S&P 100 Index December 420 Put | 78379XQD4 | Nov 14 2008 | 8,598 | 8,598 | 10,145,640.00 | |
| Total | | | | | | |
| S&P 100 Index December 360 Put | 78379XQAW | Nov 20 2008 | 1,130 | 1,130 | 154,208.00 | |
| Total | | | | | | |

TOTAL VALUE (Dec 10 2008)　　　　　　　　　　　　　　　　　　　　　　　　21,940,528.81

## SCHEDULE 2
Transfers of Sums to and from Bernard L. Madoff Investment Securities LLC

| Date | Amounts transferred by the Fund to the Broker | Amounts transferred by the Broker to the Fund | Net Total Transferred by the Fund to the Broker |
|---|---|---|---|
| Dec 24 2001 | $ 46,000,000 | | |
| May 31 2002 | $ 32,689,985 | | |
| Feb 04 2003 | $ 7,489,985 | | |
| Feb 07 2003 | $ 4,449,985 | | |
| May 09 2003 | $ 2,989,985 | | |
| Nov 03 2003 | $ 6,289,985 | | |
| Jan 28 2004 | $ 299,980 | | |
| Mar 03 2004 | $ 1,900,000 | | |
| Sep 02 2004 | $ 9,500,000 | | |
| Oct 01 2004 | $ 11,000,000 | | |
| Nov 01 2004 | $ 12,500,000 | | |
| Jan 06 2005 | $ 23,600,000 | | |
| Feb 04 2005 | $ 5,000,000 | | |
| Jun 22 2005 | $ 8,000,000 | | |
| Oct 14 2005 | | $ 10,000,000 | |
| Jul 17 2006 | $ 8,600,000 | | |
| Nov 02 2006 | $ 14,800,000 | | |
| Jan 02 2007 | $ 15,000,000 | | |
| Jan 03 2007 | $ 5,000,000 | | |
| Mar 14 2007 | $ 15,000,000 | | |
| Jun 28 2007 | $ 8,000,000 | | |
| Jul 09 2007 | $ 3,000,000 | | |
| Jul 27 2007 | $ 30,900,000 | | |
| Aug 29 2007 | $ 18,000,000 | | |
| Jan 04 2008 | $ 10,000,000 | | |
| Oct 20 2008 | | $ 36,000,000 | |
| | $ 301,339,905 | $ 46,000,000 | $ 255,339,905 |

Sums Requested from Bernard L. Madoff Investment Securities LLC but not Transferred

Dec 05 2008                             $ 60,000,000

## SCHEDULE 3
### Response to question 8:
### Discretionary Authority Given to the Investment Manager
### and to Bernard L. Madoff

1. In an Investment Management Agreement dated April 1, 2003 between Mount Capital Fund Limited ("the Fund") and Mount Capital Limited ("the Investment Manager"), the Fund:

    (a) gave the Investment Manager discretion, subject to certain investment objectives and restrictions, "to buy, sell, retain, exchange or otherwise deal in investments and other assets, make deposits, subscribe to issues and offers for sale of, and accept placings, underwritings and sub-underwritings of, any investments, effect transactions on any markets, take all day to day decisions and otherwise act as the Investment Manager judges appropriate in relation to the management of the Portfolio (including without limitation advice on the selection and retention of other third party investment managers)"; and

    (b) acknowledged that Bernard L. Madoff Investment Securities LLC had been appointed manager of the assets of Class D of the Fund (as it later was also in relation to Classes A, Audley and Fairweather).

    The Investment Manager can be contacted at:

    Mount Capital Limited
    105 Jermyn Street
    London SW1Y 6EE
    United Kingdom

    Attention:
    Telephone:  +44 20 7024 2700
    Fax:        +44 20 7024 2727
    Email:

    Prior to April 1, 2003, Mount Capital Management Limited acted as investment manager to the Fund under the terms of a similar investment management agreement. According to the records of the Registrar of Companies for England and Wales, Mount Capital Management Limited was dissolved on July 20, 2004.

2. Under a trading authorization dated 11 December 2001 for the purchase and sale of securities and options Bernard L. Madoff was given discretion to execute securities transactions with or through the Broker on the Fund's behalf.

EXHIBIT 2



## citi Hedge Fund Services (Ireland), Limited

One George's Quay Plaza, Dublin 2 Ireland
TELEPHONE: +353 1 436 7200
FAX: +353 1 672 5351 / +353 1 672 5351

Registered in Ireland 277448

November 11, 2008

Via Business E-Mail to Debra.anthony@safinvest.com

Debra Anthony
Safinvest S.A.
Rue du Rhône 14
Geneva, 1204
Switzerland

Account No: 10037129

Registered Name: Palmyra Investments Ltd.

RE: Mount Capital Fund Limited- Fairweather Shares

Dear Shareholder,

Please find below confirmation of your Shareholding and its value in the above Fund as of October 31, 2008.

| No. of Shares | Cost | USD NAV | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|
| 180,502.1570 | $20,000,000.00 | $150.945 | $27,245,898.09 | $7,245,898.09 |

You have had no new transaction activity since September 30, 2008.

Should you require any further information regarding the Fund please feel free to contact Zuzana Lubojacka at +353 1 436-7200.

Yours sincerely,

Zuzana Lubojacka

Distribution: CC: Mark Thomson, Safinvest S.A. Via Business E-Mail to mark.thomson@safinvest.com
CC: Lynn Mazin Via Business E-Mail to lmazin@mountcap.com
CC: Naomi Gray Via Business E-Mail to ngray@mountcap.com
CC: Debra Anthony Via Business E-Mail to Debra.anthony@safinvest.com

## Schedule: Response to Question 8

Discretionary authority given to the Mount Capital Fund Limited, Mount Capital Limited and to Bernard L. Madoff:

### Mount Capital Fund Limited

In an investment application dated May 23, 2005, Palmyra acknowledged that its investment with Mount Capital Fund Limited was subject to the terms of a Private Placement Memorandum that gave Mount Capital Fund Limited:

"power to do any and all acts, to carry on any business whatsoever and to engage in any activities which may conveniently be carried on with or be conducive to the attainment of the Company's objects or purposes," including the objective "to preserve investor capital while at the same time seeking to generate long term total absolute returns of 10-12 per cent per annum."

Mount Capital Fund Limited can be contacted by mail via its Administrator:

Citi Hedge Fund Services (Ireland), Limited
One George's Quay Plaza
George's Quay
Dublin 2, Ireland

Mount Capital Fund Limited can be contacted by telephone via Nick Dodd at Mount Capital Limited:

Telephone: +44 20 7024 2700

### Mount Capital Limited

In an Investment Management Agreement dated April 1, 2003 between Mount Capital Fund Limited and Mount Capital Limited, Mount Capital Fund Limited:

(a) gave the Investment Manager discretion, subject to certain investment objectives and restrictions, "to buy, sell, retain, exchange or otherwise deal in investments and other assets, make deposits, subscribe to issues and offers for sale of, and accept placings, underwritings and sub-underwritings of, any investments, effect transactions on any markets, take all day to day decisions and otherwise act as the Investment Manager judges appropriate in relation to the management of the Portfolio (including without limitation advice on the selection and retention of other third party investment managers)"; and

(b) acknowledged that Bernard L. Madoff Investment Securities LLC had been appointed manager of the assets of Class D shares, as it later was manager of the class of fund held by Palmyra.

Mount Capital Limited can be contacted at:

105 Jermyn Street
London SW1 Y 6EE
United Kingdom
Telephone: +44 20 7024 2700

### Bernard L. Madoff

Under a trading authorization dated December, 11 2001 for the purchase and sale of securities and options Bernard L. Madoff was given discretion to execute securities transactions with or through the Broker on the Fund's behalf.